UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRYL WEBB, | Case No. 1:16-cv-04537 |
| Plaintiff, | |
| v. | Honorable Milton I. Shadur |
| NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING, LLC, | |
| Defendant. | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Darryl Webb and the Defendant through their respective counsel that the above-captioned action is dismissed, with prejudice, against the defendant pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 24, 2016                             Respectfully Submitted,

/s/ Thomas J. McDonell (*with consent*)   /s/ Mohammed O. Badwan
Thomas J. McDonell                                 Mohammed O. Badwan
*Counsel for Defendant*                            *Counsel for Plaintiff*
Quarles & Brady LLP                                Sulaiman Law Group, LTD
300 N. LaSalle St.,                                900 Jorie Boulevard
Suite 4000                                         Suite150
Chicago, Illinois 60654                            Oak Brook, Illinois 60523
Phone: (312) 715-5000                              Phone: (630) 575-8181
                                                   Fax: (630) 575-8188